IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SONYA NATE MOONEY                                                                    PLAINTIFF

V.                                         3:07CV00163-WRW

MID SOUTH HEALTH SYSTEMS, et al                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B), as frivolous or as failing to state a claim. Plaintiff's motion for service (docket entry #12) and motions for counsel (docket entries #5, #11) are denied.

IT IS SO ORDERED this 30th day of January, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE