IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SONYA NATE MOONEY                                                                    PLAINTIFF

V.                                          3:07CV00163-WRW

MID SOUTH HEALTH SYSTEMS, et al                                              DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint, without prejudice.

IT IS SO ORDERED this 30th day of January, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE